App. Div.]                    Second Department, June, 1906.

Annie Andrews, as Administratrix, etc., Plaintiff, v. H. & H. Reiners, Defendant.— Reargument ordered on the whole case and set down for hearing on Tuesday, June 26, 1906.   Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Samuel Evans Maires for Admission to Practice as Attorney and Counselor at Law in All the Courts of the State of New York.— Motion for admission to the bar granted.   Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Daniel Donnelly, Appellant, v. George V. Sloat, Respondent.— Judgment of the County Court of Suffolk county reversed and new trial ordered, costs to abide the event, the respondent conceding in his brief that reversible error was committed by the trial court.   Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Grace Ensinger, Respondent, v. John Healy, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Catharine Frost, as Administratrix, etc., of John W. Frost, Deceased, Appellant, v. The Society of Agriculture and Horticulture of Westchester County, Respondent.— Order modified by inserting a provision requiring the defendant to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within twenty days from the entry of this order, and as thus modified affirmed.   Otherwise order reversed and judgment unanimously directed on the verdict, with costs and costs of this appeal.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

James Hartley, Respondent, v. Pioneer Iron Works, Appellant.— Judgment and order denying motion for a new trial, and order granting extra allowance, affirmed, with costs, on the authority of *Hartley* v. *Pioneer Iron Works* (181 N. Y. 73).   Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

In the Matter of the Application of Thomas F. Gilroy, Commissioner, etc., for the Appointment of Commissioners of Appraisal, under Chapter 490, Laws of 1883, etc.   Cornell Dam, Eighth Supplemental Proceeding.   The City of New York, Appellant; Daniel O'Connell and Others, Commissioners of Appraisal, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Eugene P. O'Rourke, Appellant, for a Writ of Mandamus against Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Francis R. Kavanagh, a Creditor of the Defendant Herein, Suing in Behalf of Himself and All Other Persons Similarly Situated, Respondent, v. New York and New Jersey Ice Lines, Appellant.— Interlocutory judgment affirmed, with costs.   No opinion.   Woodward, Jenks, Gaynor and Rich, JJ., concurred; Hooker, J., dissented.

Eva Kohn, Appellant, v. David Meyer, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the authority of *Winter* v. *Friedman* (111 App. Div. 306).   Jenks, Hooker, Rich and Miller, JJ., concurred.

Rose Frey, Appellant, v. Francine Fougera and Another, Administratrices, etc., Respondents.— Motion to resettle order denied.   Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

John W. Giebhardt, Respondent, v. Lizzie Giebhardt, Appellant.— Motion to dismiss appeal granted unless the appellant pay ten dollars costs and perfect her appeal within ten days, in which case the motion is denied.   Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Abner J. Haydel, Respondent, v. Howard Gould, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners, etc.   Brooklyn and Manhattan Loop Lines, Brooklyn Sections.— Motion granted.   Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of George L. Cooper for Admission to the Bar.— Application for admission to the bar granted.   Present — Woodward, Jenks, Gaynor and Miller, JJ.